UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CINDY DAY,<br><br>              Plaintiff,<br><br>    v.<br><br>HOLLAND AMERICA LINE N.V., *et al.*,<br><br>              Defendants. | CASE NO. C18-0416-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The stipulated motion to strike Plaintiff's claims for punitive damages (Dkt. 6) is GRANTED. The Clerk is DIRECTED to strike the following from page 6, line 8 of the Complaint: "c. For punitive damages as may be permitted under applicable law; . . . . " (Dkt. No. 1 at 6.)

DATED this 30th day of April 2018.

                                                            William M. McCool
                                                            Clerk of Court

                                                            s/Tomas Hernandez
                                                            Deputy Clerk